The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$16,692.00 IN UNITED STATES CURRENCY, more or less, and all proceeds therefrom;<br><br>ONE (1) 2008 KOMFORT RIDGECREST 26' TRAILER WITH VIN 1K52KBM2082000941; and<br><br>TWENTY (20) PIECES OF ASSORTED JEWELRY AND PRECIOUS METALS;<br><br>Defendants. | NO. C12-1888 RAJ<br><br>DEFAULT JUDGMENT OF FORFEITURE<br><br>[PROPOSED] |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture In Rem against the above-captioned defendant property on October 25, 2012, pursuant to the provisions of 21 U.S.C. § 881(a)(4) and (6) for violations of 21 U.S.C. § 841(a)(1) (Distribution of Controlled Substances), 21 U.S.C. § 843(a)(3)( Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge), and 21 U.S.C. § 846 (Conspiracy).

MOTION FOR ENTRY OF DEFAULT JUDGMENT OF FORFEITURE
United States v. $16,692.00 in U.S. Currency, et al. -- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

On January 3, 2013, the United States filed a Notice of Complaint for Forfeiture In Rem in which all interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court not later than thirty-five (35) days after the date of service of the complaint or, as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of the complaint, and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.  *See* Docket No. 6.

On January 3, 2013, the United States served Linh Thi-Dieu Vanbogart with copies of the Verified Complaint for Forfeiture In Rem, the Notice of Complaint for Forfeiture In Rem, and the Warrants of Arrest In Rem, via certified mail, in accordance with Rule G(4)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  The certified mail receipt, article number 7010 2780 0000 0484 4234, indicates delivery to Linh Thi-Dieu Vanbogart on January 5, 2013.

On January 3, 2013, the United States served Sean Christopher Stead with copies of the Verified Complaint for Forfeiture In Rem, the Notice of Complaint for Forfeiture In Rem, and the Warrants of Arrest In Rem, via certified mail, in accordance with Rule G(4)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  The certified mail receipt, article number 7010 2780 0000 0484 4241, indicates delivery to Sean Christopher Stead on January 5, 2013.

Notice of the forfeiture action was published on the www.forfeiture.gov website between October 28, 2012 and November 26, 2012.  All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within sixty (60) days after the first date of publication and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.

MOTION FOR ENTRY OF DEFAULT JUDGMENT OF FORFEITURE
United States v. $16,692.00 in U.S. Currency, *et al.* -- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

More than thirty-five (35) days have passed since the Verified Complaint for Forfeiture In Rem, the Notice of Complaint for Forfeiture In Rem, and Warrants of Arrest In Rem were served upon Linh Thi-Dieu Vanbogart and Sean Christopher Stead.  More than thirty (30) days have passed since the final date of publication of notice of the forfeiture action on the www.forfeiture.gov website.  No claim of interest has been received or filed with the Court from Linh Thi-Dieu Vanbogart, Sean Christopher Stead, or from any other person or entity, and the time allowed for filing of such a claim has expired.

Now, therefore on motion by the Plaintiff, United States of America, for a Judgment for Forfeiture, it is hereby

//

//

//

MOTION FOR ENTRY OF DEFAULT JUDGMENT OF FORFEITURE
United States v. $16,692.00 in U.S. Currency, *et al.* -- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, and venue pursuant to 28 U.S.C. §1395.

2. Pursuant to 21 U.S.C. §§ 881(a)(4) and (6) the following property is forfeited to the United States of America, and no right, title, or interest in the defendant currency shall exist in any other party:

   a. $16,692.00 in United States Currency, more or less, and all proceeds therefrom;

   b. One (1) 2008 Komfort Ridgecrest 26' Trailer with VIN 1K52KBM2082000941; and

   c. Twenty (20) pieces of assorted jewelry and precious metals seized on May 25, 2012, in Tacoma, WA.

3. The United States Marshals Service shall dispose of the above-described defendant currency in accordance with law.

DATED this 9th day of May, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

MOTION FOR ENTRY OF DEFAULT JUDGMENT OF FORFEITURE
United States v. $16,692.00 in U.S. Currency, *et al.* -- 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970